■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANIKA DAMM, Appellant. [999 NYS2d 336]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Ethan Greenberg, J., at plea; Eugene Oliver, J., at sentencing), rendered on or

about July 19, 2012, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Friedman, Andrias, Gische and Kapnick, JJ.